## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUSSELL GREEN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 08-CV-2563 JWL/JPO** |
| ) | |
| UNILEVER SUPPLY CHAIN, INC., ) | |
| ) | |
| **Defendant.** ) | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Russell Green, by and through his attorneys of record, and Defendant Unilever Supply Chain, Inc., by and through its attorneys of record, hereby stipulate to the dismissal of this case with prejudice with each party to bear his/its own costs.

WA 1202907.1

Jointly and respectfully submitted by:

WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS, CHTD.

s/ Mark E. McFarland
Mark E. McFarland    #14138
  *mmcfarland@wallacesaunders.com*
Amber H. Jeffers        #23144
  *ajeffers@wallacesaunders.com*
10111 West 87th Street
P.O. Box 12290
Overland Park, KS 66212
Telephone:     (913) 888-1000
Facsimile:      (913) 888-1065
*Attorneys for Plaintiff*

and

SPENCER FANE BRITT & BROWNE LLP

s/ Eric P. Kelly
Jeannie M. DeVeney  #17445
  *jdeveney@spencerfane.com*
Eric P. Kelly             #22503
  *ekelly@spencerfane.com*
9401 Indian Creek Parkway, Suite 700
Overland Park, KS 66210
Telephone:     (913) 345-8100
Facsimile:      (816) 345-0736
*Attorneys for Defendant*

WA 1202907.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark E. McFarland
  *mmcfarland@wallacesaunders.com*
Amber H. Jeffers
  *ajeffers@wallacesaunders.com*

of

Wallace, Saunders, Austin,
Brown, and Enochs, Chartered
10111 W. 87th Street
P.O. Box 12290
Overland Park, KS  66212
*Attorneys for Plaintiff*

s/ Eric P. Kelly
*Attorney for Defendant*

WA 1202907.1